UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 2:23-cv-380

Name of party requesting extension: AT&T Servs. Inc., AT&T Mob. LLC, AT&T Corp.

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 08/29/2023

Number of days requested:  ☐ 30 days  ☐ 15 days  ☑ Other 45 days

New Deadline Date: 11/3/2023   *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Adam Ahnhut

State Bar No.: TX 24106983

Firm Name: Alston & Bird

Address: 2200 Ross Ave. #2300
Dallas, Texas 75201

Phone: 214-922-3453

Fax: 214-922-3899

Email: adam.ahnhut@alston.com

A certificate of conference does not need to be filed with this unopposed application.