# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, <br>     *Plaintiff*, <br> v. <br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br>     *Defendant*, <br> ERICSSON INC. and NOKIA OF AMERICA CORP., <br>     *Intervenors*. | § § § § § § § § § § § § § | CASE NO. 2:23-cv-00382-JRG-RSP <br> (Lead Case) |
| COBBLESTONE WIRELESS, LLC, <br>     *Plaintiff*, <br> v. <br> AT&T SERVICES INC., et al., <br>     *Defendants*, <br> ERICSSON INC. and NOKIA OF AMERICA CORP., <br>     *Intervenors*. | § § § § § § § § § § § § § | CASE NO. 2:23-cv-00380-JRG-RSP <br> (Member Case) |
| COBBLESTONE WIRELESS, LLC, <br>     *Plaintiff*, <br> v. <br> T-MOBILE USA, INC., <br>     *Defendant*, <br> ERICSSON INC. and NOKIA OF AMERICA CORP., <br>     *Intervenors*. | § § § § § § § § § § § § § | CASE NO. 2:23-cv-00381-JRG-RSP <br> (Member Case) |

## ORDER

Before the Court is the Joint Motion to Dismiss filed by Plaintiff Cobblestone Wireless, LLC and Defendants T-Mobile USA, Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Enterprises, LLC, and Cellco Partnership d/b/a, and Intervenors Nokia of America Corporation and Ericsson Inc. (Dkt. No. 105.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of all of the above-captioned actions WITH prejudice. (*Id.* at 2.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendants and Intervenors in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** all of the above-captioned cases as no parties or claims remain.

**So ORDERED and SIGNED this 17th day of October, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE